1024

[No. 14069-5-III.    Division Three.    August 21, 1997.]

JAMES YAEGER, ET AL., *Respondents*, v. VICKY
SCHULTZ, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for
Stevens County, No. 93-2-00067-5, Fred L. Stewart, J.,
entered April 25, 1994. *Reversed* by unpublished opinion
per Kurtz, J., concurred in by Sweeney, C.J., and Brown,
J.

[No. 15299-5-III.    Division Three.    August 21, 1997.]

PAUL KLINKE, ET AL., *Respondents*, v. GERALD W.
HANKAL, ET AL., *Defendants*, CAROLE W. HANKAL,
*Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-2-03712-3, Robert D. Austin, J.,
entered October 16, 1995. *Affirmed* by unpublished opinion
per Schultheis, A.C.J., concurred in by Thompson and
Brown, JJ.

[No. 15412-2-III.    Division Three.    August 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD
DANIEL GABOURIE, *Appellant*.

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 94-1-00088-6, Jack Burchard, J.,
entered June 30, 1995. *Affirmed* by unpublished opinion
per Sweeney, C.J., concurred in by Schultheis and Brown,
JJ.

[No. 15475-1-III.    Division Three.    August 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
P. STIDHEM, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 90-1-00473-3, Thomas E. Merryman,
J., entered January 4, 1996. *Affirmed* by unpublished
opinion per Schultheis, J., concurred in by Sweeney, C.J.,
and Brown, J.